# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

WENDIE LYNN NAPIER,                       )
        Plaintiff,                     )
                                      )
v.                                        )
                                      )
                                      )    **JUDGMENT IN A CIVIL CASE**
MICHAEL J. ASTRUE,                        )    **CASE NO.  5:11-CV-390-D**
*Commissioner of Social Security*,        )
        Defendant.                     )

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Court adopts the conclusions in the Memorandum and Recommendations [D.E. 38], and Plaintiff's objections [D.E. 39] are OVERRULED.  Plaintiff's Motion for Judgment on the Pleadings [D.E. 34] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 35] is GRANTED, and the Commissioner's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, <u>**SEPTEMBER 20, 2012,**</u> WITH A COPY  TO:

Laurie Jo Burch  (via CM/ECF electronic notification)
Candace H. Lawrence  (via CM/ECF electronic notification)

|  |  |
|---|---|
|  | JULIE A. RICHARDS, Clerk |
| <u>September 20, 2012</u> |  |
| Date | Eastern District of North Carolina |
|  |  |
|  | <u>/s/Debby Sawyer       </u> |
|  | (By) Deputy Clerk |
| Raleigh, North Carolina |  |